IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN PHILLIP BEDSOLE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:15cv797-MHT |
| ) | (WO) |
| JUDGE TRUMAN HOBBS, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a jail inmate, filed this lawsuit challenging the sentence imposed upon him in April of 2015 by the Circuit Court of Montgomery County, Alabama, the legality of his continued incarceration in a county facility after entry of this sentence, and various conditions of his confinement.  Plaintiff later filed a document (doc. no. 11) in which he asked that "any and all parties be excused" from this case.  This lawsuit is now before the court on the recommendation of the United States

Magistrate Judge that the plaintiff's filing be construed as a motion to dismiss and that plaintiff's case be dismissed without prejudice and with no costs taxed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 8th day of February, 2016.

                                 /s/ Myron H. Thompson_____
                              UNITED STATES DISTRICT JUDGE