IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN PHILLIP BEDSOLE,      )
                           )
    Plaintiff,             )
                           )       CIVIL ACTION NO.
    v.                     )         2:15cv797-MHT
                           )             (WO)
JUDGE TRUMAN HOBBS,        )
et al.,                    )
                           )
    Defendants.            )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) Plaintiff's filing (doc. no. 11) is construed as a motion to dismiss without prejudice, and the motion is granted.

(3) This lawsuit is dismissed without prejudice and with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of February, 2016.

                               ___/s/ Myron H. Thompson____
                               UNITED STATES DISTRICT JUDGE